UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUDITH BAUER,

               Plaintiff,

  - against -

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

               Defendant.
------------------------------------------------------------------X

**JUDGMENT**
16-CV-2628 (RRM)

A Memorandum and Order having been issued by the undersigned this day granting the Commissioner's motion for judgment on the pleadings and denying Bauer's cross-motion, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff take nothing from defendant, and that this action is hereby dismissed.

Dated:  Brooklyn, New York
         March 14, 2018

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge